UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                   )
LILIBETH G.,                       )
                                   )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   C.A. No. 20-474 WES
                                   )
KILOLO KIJAKAZI,                   )
Acting Commissioner of the Social  )
Security Administration,           )
                                   )
                                   )
         Defendant.                )
_____)
```

**ORDER**

On November 1, 2021, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R. & R."), ECF No. 17, recommending that the Court deny Plaintiff's Motion for Reversal and Remand, ECF No. 12, and grant Defendant's Motion for an Order Affirming the Decision of the Commissioner, ECF No. 15. After having reviewed the relevant papers and having received no objections, the Court ACCEPTS the R. & R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Remand or Reverse the Decision of the Commissioner, ECF No. 12, is DENIED and Defendant's Motion to Affirm the Decision of the Commissioner, ECF No. 15, is GRANTED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
District Judge
Date: December 1, 2021